# Exhibit D

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CARL KNAUS, et al.,

    Plaintiffs,

    v.

THE BOEING COMPANY, a corporation,

    Defendant.

No. _____

Removed from
Circuit Court of Cook County,
County Department, Law Division
No. 2014 L 000541

## DECLARATION OF BRUCE D. CAMPBELL IN SUPPORT OF THE BOEING COMPANY'S NOTICE OF REMOVAL

I, Bruce D. Campbell, declare as follows:

**Introduction**

1.    I am a partner in the law firm Perkins Coie LLP, counsel for The Boeing Company ("Boeing") in the above-captioned action arising from the crash of Asiana Airlines Flight 214. This declaration is offered in support of Boeing's notice of removal. I base this declaration on my personal knowledge and on information collected by Boeing employees. I am competent to testify to my statements in this declaration and would testify about my statements if called upon to do so.

2.    On February 4, 2014 the National Transportation Safety Board released a document titled "Aircraft Performance Group Study Addendum." The Study Addendum can be found at http://dms.ntsb.gov/public%2F55000-55499%2F55433%2F549682.pdf as part of the Asiana Flight 214 accident "public docket."[1]

---

[1] The public docket for Asiana Flight 214, NTSB Accident ID DCA13MA120, can be found at http://dms.ntsb.gov/pubdms/search/hitlist.cfm?docketID=55433&CFID=159667&CFTOKEN=25729791

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2014.

Respectfully submitted,

Bruce D. Campbell